Christopher J. Schiller
2519 Cleveland Avenue
Township of Washington, NJ 07676
T: 323.821.4410
Email Address: schiller.christopherj@gmail.com


Sep 28, 2024


Via Email (ecfhelp@njd.uscourts.gov)
Judge Jose R. Almonte, U.S.M.J.
United States District Court of New Jersey
Martin Luther King Building
Attn: Magistrate Judge Jose R. Almonte
50 Walnut Street
Newark, NJ 07102


                                      **Re: Schiller v. State of New Jersey et al.**
                                      **Case No:** 2:24-cv-05966-WJM-JRA


Dear Judge Almonte:

     I have reviewed Your Honor's text Order and thank you, the Court, for granting me the opportunity to show the Court that I qualify to proceed in forma pauperis, guiding me to the necessary form, and for the Court's willingness to consider the matter in due course upon my completion and filing of the same.

     I have reviewed form (AO 230) and will complete it as expeditiously as possible for the Court's consideration.

     I respectfully ask the Court's permission to file the required form confidentially so that it does not become open on the docket and accessible online to the public. I have no objection to the Defendants or their counsel receiving a copy, and if appropriate, I will email a copy of the filing directly to their counsel.

     However, I must disclose sensitive information and intend to include evidence to support my position that I qualify to proceed in forma pauperis. If readily available to the

public, some of this information would adversely impact my ability to earn future income.

    Other information is sensitive as it relates to my two minor children, and other material information for the Court to consider is subject to New Jersey Superior Court Protective Orders, including a permanent injunction that prohibits the dissemination of same.

    Based on the foregoing, I respectfully ask the Court to grant my request to file the required form confidentially so that it does not become open on the docket and accessible online to the public. Should the Court grant my request, I would also seek guidance from the Court on whether there is any additional form I must file for the Court to grant my request.

    Thank you for your time and consideration.

                             Respectfully submitted,

*Christopher J. Schiller*

                             Christopher J. Schiller

    I certify that the foregoing statements made by me are true, I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                             *Christopher J. Schiller*
                             Christopher J. Schiller

Dated: September 28, 2024